[11 NE3d 1112, 989 NYS2d 9]

JOSEPH CATALANO et al., Appellants, v LAURIE TANNER, Individually and Doing Business as DAN'S RESTAURANT, Respondent.

Decided June 5, 2014

### APPEARANCES OF COUNSEL

*Shaw & Shaw, P.C.*, Hamburg (*Jacob A. Piorkowski* of counsel), for appellants.

*Barth Sullivan Behr*, Buffalo (*Laurence D. Behr* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendant's motion for summary judgment denied. Defendant failed to establish prima facie entitlement to judgment as a matter of law concerning the reasonableness of her inspection practices.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.